# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gan, Scott H. | United States Bankruptcy Court-Arizona | 05/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

James A. Walsh Courthouse
38 South Scott Avenue
Tucson, AZ 85701-1704

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank (cash) (X) | A | Interest | L | T | | | | | |
| 2. BBVA Compass Bank (cash) (X) | | None | J | T | | | | | |
| 3. TRUST #1 (H) | | | | | | | | | |
| 4. FIDELITY GOVERNMENT CASH RESERVES (CASH) | D | Dividend | N | T | | | | | |
| 5. JAMES BALANCED: GOLDEN RAINBOW I (GLRIX) | | None | | | Sold | 02/07/18 | M | E | |
| 6. THORNBURG GLOBAL OPPT FD INSTL CL (THOIX) | C | Dividend | M | T | | | | | |
| 7. THORNBURG INV INCOME BUILDER CL I (TIBIX) | B | Dividend | | | Sold | 04/03/18 | M | D | |
| 8. NUVEEN HIGH YIELD MUNICIPAL CLASS I (NHMRX) | B | Dividend | | | Sold | 04/25/18 | L | D | |
| 9. AXIS CAPITAL HOLDINGS LTD COM (AXS) | A | Dividend | | | Sold | 01/04/18 | J | A | |
| 10. FRESH DEL MONTE PRODUCE INC COM STK (FDP) | | None | | | Sold | 01/12/18 | J | B | |
| 11. AES CO (AES) | | None | | | Sold | 01/04/18 | J | C | |
| 12. AT&T INC COM USD1 (T) | B | Dividend | K | T | Buy | 02/07/18 | K | | |
| 13. AETNA INC NEW COM (AET) | A | Dividend | | | Merged (with line 19) | 11/29/18 | K | | |
| 14. ALPHABET INC CAP STK CL A (GOOGL) | | None | K | T | | | | | |
| 15. AMAZON.COM INC (AMZN) | | None | L | T | | | | | |
| 16. AMERICAN INTL GROUP INC COM NEW (AIG) | A | Dividend | J | T | | | | | |
| 17. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BERKSHIRE HATHAWAY INC DEL CL B NEW (BRKB) | | None | K | T | Buy | 04/04/18 | K | | |
| 19. CVS HEALTH CORP COM (CVS) (X) | | None | J | T | | | | | |
| 20. C S X CORP (CSX) | A | Dividend | | | Sold | 09/14/18 | K | E | |
| 21. CHEVRON CORP NEW COM (CVX) | B | Dividend | L | T | Buy (add'l) | 10/31/18 | K | | |
| 22. CISCO SYS INC COM (CSCO) | B | Dividend | K | T | | | | | |
| 23. CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 24. EXXON MOBIL CORP (XOM) | B | Dividend | K | T | Buy (add'l) | 02/06/18 | K | | |
| 25. GENERAL MTRS CO COM (GM) | A | Dividend | | | Sold | 04/04/18 | J | B | |
| 26. JOHNSON &. JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 27. LILLY ELI & CO COM NPV (LLY) | A | Dividend | J | T | | | | | |
| 28. MERCK & CO INC NEW COM (MRK) | A | Dividend | K | T | Buy | 02/06/18 | K | | |
| 29. MICROSOFT CORP (MSFT) | A | Dividend | L | T | Buy | 04/04/18 | K | | |
| 30. NIPPON TELEGRAPH & TELEPHONE ADS (NTT) | | None | | | Sold | 02/14/18 | J | C | |
| 31. ORACLE CORP COM (ORCL) | A | Dividend | K | T | | | | | |
| 32. PANASONIC CORP ADR (PCRFY) | | None | | | Sold | 01/04/18 | K | D | |
| 33. PFIZER INC (PFE) | B | Dividend | K | T | | | | | |
| 34. PHILLP MORRIS INTL INC COM (PM) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PROCTER AND GAMBLE CO COM (PG) | B | Dividend | L | T | Buy (add'l) | 04/04/18 | K | | |
| 36. | | | | | Buy (add'l) | 04/26/18 | K | | |
| 37. ROYAL DUTCH SHELL PLC SPON ADR B (RDSB) | B | Dividend | | | Sold | 11/14/18 | K | D | |
| 38. SANOFI SPONSORED ADR (SNY) | | None | | | Sold | 04/04/18 | J | | |
| 39. TYSON FOODS INC CL A (TSN) | | None | | | Sold | 01/12/18 | J | C | |
| 40. VERIZON COMMUNICATION (VZ) | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 41. WH GROUP LIMITED SPON ADR (WHGLY) | | None | | | Sold | 01/04/18 | K | D | |
| 42. CHANDLER ARIZ GO BDS SER 2017 (158843XB3) | B | Interest | | | Sold | 07/02/18 | K | | |
| 43. CHANDLER ARIZ GO BDS SER 2017 (158843XD9) | B | Interest | L | T | | | | | |
| 44. SCOTTSDALE ARIZ MUN PPTY CORP EXCISE TAX (810489RG1) | B | Interest | L | T | Buy | 04/26/18 | K | | |
| 45. GILBERT ARIZ WTR RES MUN PPTY CORP UTIL (37530AAE8) | | None | L | T | Buy | 08/09/18 | L | | |
| 46. SCOTTSDALE ARIZ GO BDS PROJECTS OF 2015 (810454AX6) | B | Interest | L | T | | | | | |
| 47. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MR3) | | None | M | T | Buy | 08/23/18 | M | | |
| 48. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MS1) | | None | M | T | Buy | 08/23/18 | M | | |
| 49. ARIZONA ST TRANSN BRD EXCISE TAX REV (040649MT9) | | None | M | T | Buy | 08/23/18 | M | | |
| 50. IRA #1 (H) | | | | | | | | | |
| 51. FIDELITY GOVERNMENT CASH RESERVES (CASH) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ALPS ETF TR ALERIAN MLP ETF (AMLP) | A | Dividend | | | Sold | 04/04/18 | J | | |
| 53. AT&T INC COM USD1 (T) | A | Dividend | J | T | Buy (add'l) | 04/04/18 | J | | |
| 54. ALPHABET INC CAP STK CL A (GOOGL) | | None | J | T | Buy | 11/14/18 | J | | |
| 55. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 56. BERKSHIRE HATHAWAY INC DEL CL B NEW (BRKB) | | None | K | T | Buy | 05/08/18 | K | | |
| 57. CHEVRON CORP NEW COM(CVX) | A | Dividend | J | T | | | | | |
| 58. CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 59. FORD MTR CO DEL COM (F)(Y) | | | | | | | | | |
| 60. JOHNSON &. JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 61. OCCIDENTAL PETROLEUM CORP (OXY) | A | Dividend | J | T | | | | | |
| 62. PFIZER INC (PFE) | A | Dividend | K | T | | | | | |
| 63. PHILLP MORRIS INTL INC COM (PM) | A | Dividend | J | T | | | | | |
| 64. ROYAL DUTCH SHELL PLC SPON ADR B (RDSB) | A | Dividend | | | Sold | 11/14/18 | J | | |
| 65. ALLSTATE CORP DEP SH .PFD (ALLPRE) | A | Dividend | J | T | | | | | |
| 66. CITIGROUP INC 5.80% SERIES C (C.C) | A | Dividend | | | Redeemed | 10/22/18 | J | B | |
| 67. JPMORGAN CHASE & CO DEP PFD P (JPMPRA) | A | Dividend | J | T | | | | | |
| 68. REGIONS FINL CORP NEW DEP SHS REPSTG (RFPRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ZIONS BANCORPORATION DEP SHS REPSTG (ZBPRG) | A | Dividend | J | T | | | | | |
| 70. OTHER HOLDINGS (H) | | | | | | | | | |
| 71. Golf Link Green Building LLC | B | Distribution | | | Redeemed | 03/28/18 | L | D | |
| 72. Fremont Street LLC | D | Distribution | K | U | | | | | |
| 73. IP Building LLC | D | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Gan, Scott H. | 05/22/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Scott H. Gan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544